1191613

# UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA

07-521-M-01

| UNITED STATES OF AMERICA<br>vs.<br>ZULKOWITZ, PAUL H<br><br>*Defendant.* | Violation Notice Number(s)<br>X0511919<br>EV88<br><br>DISOBEY A LAWFUL ORDER | Violation Date(s)<br>03/06/2006 |
|---|---|---|

FILED
OCT 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ MANDATORY may be Forfeited in Lieu of Appearance.

Date 7/12/06

*United States Magistrate Judge*
THOMAS R. JONES, JR.

RETURN

| RECEIVED | DATE 7/13/06 | LOCATION E/VA |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| DATE 10/26/07 | LOCATION D/DC |
|---|---|

Name Fitzgerald, Derrick Title DUSM District 016 D/DC

Date 10/26/07 Signature

**United States District Court**
**Violation Notice**

CVB Location Code: EV88

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| X 0511919 | Brooks L | 36738 |

X 0511919

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 0603 2006 1220 HRS | 32 CFR 234.6(B) |

Place of Offense: Pentagon Reservation LS8 Boundary CH. VA

Offense Description: Disobeying Lawful Order

**DEFENDANT INFORMATION** Phone (646) 541 1615

| Last Name | First Name | M.I. |
|---|---|---|
| Zulkowitz | Paul | H |

| Drivers License No | D.L. State |
|---|---|
| 219668148 | NY |

☒ Adult ☐ Juvenile Sex ☒ Male ☐ Female Hair BR Eyes BR Height 5'4 Weight 135

**VEHICLE DESCRIPTION** VIN N/A

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MA

$ 105 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ MA 130 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Court House Square Alexandria VA 22314

Date (mm/dd/yyyy): 06-16-2006
Time (hh:mm): 9:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Will present Probable Cause stated Charles Dhal SAUSA 7-7-06

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on March 20, 2006 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

On March 20, 2006 at approximately 1220 hours I Ofc. Brooks while on special detail at Lot Hayes Grove on the Pentagon Reservation I observed subject climb over the fence secured area for designated protest area.

Prior to the incident at approximately 1215 hours Major W. Stout advised all protesters leaving the secured area for protesting are subject to arrest.

07-521-M-01

**FILED**
OCT 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 03/20/2006 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on 7/12/06 [signature]
Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB Scan 4/3/2006 15:48:26