Return Copy

**FILED**
DEC 0 4 2007
Clerk, U.S. District and
Bankruptcy Courts

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000



Rev 1/07
RECEIVED MAILROOM
NOV   2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date: 11/22/07

Address of Other Court:  USDC Eastern District of Virginia
Criminal Division
401 Courthouse Square
Alexandria, VA 22314-5798

RE: CR 07-mj-521, USA v. Paul H. Zulkowitz

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

- [✓] Docket Sheet
- [ ] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [✓] Warrant of Removal
- [ ] Order of Removal
- [ ] Detention Order
- [✓] Waiver of Removal

- [✓] Other: Blotters filed on 10/29/07 and 11/05/07

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk